AFFIRMATION OF SERVICE

State of New York      )
                       ss.)
County of Suffolk      )

I, Mitchell Segal, Esq. declares under the penalty of perjury that;

1. I am over 18 years of age and not a party to this action and reside in Suffolk County, State of New York.

2. On May 3, 2022, deponent served the annexed Minute Entry and Order dated April 26, 2022 issued by the Honorable Taryn A. Merkl by emailing Yu Zhang a/k/a Suzie Cheung and Tzu Cheung a/k/a Ken Cheung by email at their email addresses of Dolarshop2@gmail.com and Dolarshop1@gmail.com and potential new counsel at their email address and by first class mail by depositing two envelopes containing such in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York to their residential address at 17A Rockland Road, Great Neck, New York 11020 as well as by overnight mail on May 4, 2026 to their residential address.

Dated: Manhasset, New York
       May 18, 2022

                                                              Mitchell Segal, Esq.