UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
GANG LI, DONG BIN LI, JIA ZHEN JING, JIN WANG, MEI FANG YAO, SHAN ZHI SUN, and HAI HONG HAN,

Plaintiffs,

v.

THE DOLAR SHOP RESTAURANT GROUP, LLC, KEN CHEUNG, SUZIE CHEUNG, and JOHN and JANE DOE 1 THROUGH 10,

Defendants.
--------------------------------------------------------------X

JUDGMENT

16-CV-1953 (RPK) (TAM)

An Order of the Honorable Rachel P. Kovner, United States District Judge, having been filed on October 20, 2026, adopting the Report and Recommendation of Magistrate Taryn A. Merkl, dated October 2, 2026, dismissing plaintiffs' claims without prejudice under Rule 41(b); it is

ORDERED and ADJUDGED that judgment is entered in favor of Defendants; and this case is closed.

Dated: Brooklyn, New York
October 20, 2026

Brenna B. Mahoney
Clerk of Court

By: _/s/Jalitza Poveda_
Deputy Clerk